UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CINDY STEVENS, *et al.*,

    Plaintiffs,

    v.

PROFESSIONAL RECREATION ORGANIZATION, INC., *et al.*,

    Defendants.

Case No. C04-1656L

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 26, 2005, defendants filed a motion for protective order (Dkt. #82) with related documents that, taken as a whole, exceed 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #5), the "Minute Order Setting Trial & Related Dates" (Dkt. #14), and the Court's docket entry of September 20, 2005.[1] Defendants shall immediately deliver a paper copy of the motion for protective order and all supporting documents, with tabs or other

---

[1] Counsel were reminded of the requirement of submitting a chambers copy of this motion at the end of their discovery conference in chambers on October 27, 2005.

ORDER TO SHOW CAUSE - 1

organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.  Defendants shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 31st day of October, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2