UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CINDY STEVENS, *et al.*,

    Plaintiffs,

    v.

PROFESSIONAL RECREATION
ORGANIZATION, INC., *et al.*,

    Defendants.

Case No. C04-1656L

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 26, 2005, defendants filed a motion for protective order (Dkt. #82) with related documents that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy for chambers. On October 31, 2005, the Court issued on order to show cause why they should not be sanctioned for failure to comply with the Court's prior orders. The order to show cause (Dkt. #94) is now vacated in light of the receipt of the courtesy copy.

DATED this 2nd day of November, 2005.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE